**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Trial for Hire of MN,

Plaintiff,

v.

First Choice Employment Inc.

Defendant.

Civil 00-1642 PAM/JGL

**ORDER OF DISMISSAL**

---

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: February 5, 2001

**PAUL A. MAGNUSON, CHIEF JUDGE**
**United States District Court**

FILED FEB 06 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK